FILED
DEC 1 5 2016
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) No. | 1:16CR000133SNLJ/ACL |
| | ) | |
| MICHAEL A. MCNAIR, JR., | ) | Title 21 U.S.C. §841(a)(1) |
| | ) | Title 18 U.S.C. §922(g)(1) |
| Defendant. | ) | Title 18 U.S.C. §924(c)(1)(A) |

## INDICTMENT

### COUNT I

THE GRAND JURY CHARGES THAT:

On or about February 25, 2016, in Butler County, in the Eastern District of Missouri, **MICHAEL A. MCNAIR, JR.**, the defendant herein, knowingly and intentionally possessed with intent to distribute fifty grams or more of a mixture or substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(B)(viii).

### COUNT II

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 25, 2016, in Butler County, within the Eastern District of Missouri, **MICHAEL A. MCNAIR, JR.**, the defendant herein, did possess in and affecting interstate and foreign commerce, a firearm, to-wit: a Taurus, Model 85, .38 caliber revolver, and had previously thereto been convicted in any court, of a crime punishable by imprisonment for a term exceeding one year, to include:

(1) On October 2, 2007, in the Circuit Court of Butler County, Missouri, in Case Number 36R010500449-01, for the Class B felony of Distribution of a Controlled Substance.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT III

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 25, 2016, in Butler County, in the Eastern District of Missouri, **MICHAEL A. MCNAIR, JR.**, the defendant herein, during and in relation to a drug trafficking crime, for which he may be prosecuted in a Court of the United States, to-wit: Possession With Intent to Distribute Methamphetamine, knowingly possessed a firearm in furtherance thereof, to-wit: a Taurus, Model 85, .38 caliber revolver, in violation of Title 18, United States Code, Section 924(c)(1)(A) and punishable under Title 18, United States Code, Section 924(c)(1)(i).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
UNITED STATES ATTORNEY


_____
PAUL W. HAHN, #33190MO
ASSISTANT UNITED STATES ATTORNEY