IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-CR-133-1 SNLJ |
| | ) | |
| MICHAEL A. MCNAIR, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S SENTENCING MEMORANDUM

COMES NOW Defendant, MICHAEL A. MCNAIR, JR., through his attorney of record Andrea L. Smith, and submits this Sentencing Memorandum with the attached letter from Mr. McNair for this Court's consideration at sentencing, currently scheduled for October 31, 2017. Mr. McNair requests this Court to sentence him to the 120 months mandatory minimum he is facing and no more, particularly given his advisory sentencing range of 63 to 78 months and the 18 U.S.C. § 3553(a) sentencing factors set out in the draft 9/19/17 Presentence Investigation Report (PSI).

Further, Mr. McNair respectfully respect this Court to order that if his parole is revoked in his Missouri case Docket No. 36R010500449-01, as the pending parole warrant indicates, that it be ordered to run concurrently to his federal sentence given

1

the substantial difference in the mandatory minimum this Court must impose and Mr. McNair's advisory sentencing range.

Finally, Mr. McNair requests that this Court recommend to the United States Bureau of Prisons that Mr. McNair be placed in the Residential Drug and Alcohol Program (RDAP) given his substantial history of both alcohol and drug abuse.

Given that both Mr. McNair's parents abused crack cocaine and alcohol in his presence as he was growing up, given that Mr. McNair has never had any substantively effective drug or alcohol treatment, given that his father was arrested along with Mr. McNair in this case indicating his father's involvement with both heroin and methamphetamine, it is no wonder that Mr. McNair became a drug dealer and a drug addict.

We have all seen it before many times, these defendants that have had barely any chance in life to end up at some point other than where both this Court and defense counsel intersect with their lives. It is horribly unfair and we can only hope that Mr. McNair will want to change and that maybe the BOP's RDAP program will help him on his way to a better more productive life. As this Court can see from the letter written to this Court early on, Mr. McNair has the potential to do this.

Respectfully submitted,

/s/  Andrea L. Smith
ANDREA L. SMITH  #61446MO
715 West Rosehill  Ave.
Kirkwood, Missouri  63122

2

Telephone:  (314) 822-2735
Fax:  (314) 822-1402
E-mail: andreasmithesq@sbcglobal.net
ATTORNEY FOR DEFENDANT

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 16, 2017, the foregoing was filed electronically with the Clerk of the Court and e-mailed to Assistant United States Attorney Paul Hahn.

/s/ Andrea L. Smith
ANDREA L. SMITH #61446MO