Judge Limbaugh,

My name is Michael Antonio McNair JR, and I have just pled guilty on Tuesday Aug. 1. The reason for me writing is not to try and change my plea cause indeed I am guilty which is the reason why I pled guilty. My reason for writing you is because you had ask me if there was anything that I didn't agree with or that I oppose and Sir there was something that I didn't agree with and I dont think that I was given a real opportunity to explain what it was that I was contesting and why I was contesting it. I have been trying to get Mr Hahn through out this whole process to correct this discrepancy about my address which was 6618 Barr st St Louis, Mo 63121 and not at 506 Cynthia Apt D, Poplar Bluff, MO 63901. Was I there at 506 Cynthia Yes did they find drugs and guns Yes I am guilty of that and I should be punish for breaking the law in that aspect. I just would like for it to be put on the record my true address where I actually had mail going to and where my PO knew as my address because I am currently on State Parole and I believe that the State of Missouri dose a fine job at checking out home plans before they release a person out on parole. And again I say I am not trying to deny what took place because it did take place and I am deeply remorseful and I regret what I've done because because of me I have caused a woman who had not been in

any real trouble to be taken away from her kids for my action and it pains me every day that she has to sit in jail for trying to prove her loyalty to a person like me who really dont deserve it because I am the reason why she cant take her kids out and do the things that a mother should be able to and for that I am truely regretful and whatever you choose to do to me on Oct. 31 I'm sure it will be well deserving for my action. I just would like for the record to show my true address. Because I feel like this if I am man enough to admit my wrong doing and I accept the consequence for my action it shouldnt be that of me to ask that that one discrepancy be change. I know that its not going to change my guilt if this is fix'd So I dont see why its a problem and has been a problem for me to get done. I accept the things that I have done wrong and I accept what ever ruling that you place upon me on Oct. 31. I have not lied or denied anything that have took place I have been truthful through out this whole thing and I ask that the courts be truthful as well and put my true address on the record. I hope that what I am asking is not to much and I hope that by me asking for this one thing changed is not in anyway crossing any lines. I just like for the whole truth to be told about my situation and not a made up one. Please and Thank you. Sincerly [signature]